UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:19-cr-1
                                            HON. GORDON D. QUIST

JESSE RAY HAMILTON,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 24, 2019, for an arraignment and initial appearance on the indictment charging defendant with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Possession with Intent to Distribute Methamphetamine, and Distribution of Methamphetamine. The government has filed a motion for detention and pretrial services has recommended the same. Defense counsel may request hearing at a later time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                      */s/ Timothy P. Greeley*
                                                      TIMOTHY P. GREELEY
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: January 24, 2019